[No. 55680-1-I. Division One. June 5, 2006.]

WILLIAM STIPEK ET AL., *Respondents,* v. A&F TRUSTEE SERVICES, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-10563-3, Ellen J. Fair, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Agid and Becker, JJ.

[No. 55736-0-I. Division One. June 5, 2006.]

MICHAEL DENNEY ET AL., *Appellants,* v. RON A. MACE, *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 04-2-01627-1, Steven J. Mura, J., entered December 17, 2004 and January 18, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Ellington and Dwyer, JJ.

[No. 55809-9-I. Division One. June 5, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN MICHAEL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-01353-1, Bruce W. Hilyer, J., entered February 28, 2005 . *Affirmed* by unpublished per curiam opinion.

[No. 33141-1-II. Division Two. June 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL TORRES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01976-3, Vicki L. Hogan, J., entered April 14, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.